FILED

12/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0578

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 22-0578

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

THOMAS M. GREGORY,

      Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF

On Appeal from the Tenth Judicial District Court,
Fergus County, Montana Cause No. DC-14-2021-0000013
Honorable Heather Perry

UPON Appellant's Unopposed Motion, and good cause appearing therein;

IT IS HEREBY ORDERED that Appellant's *Unopposed Motion for Extension of Time to File Opening Brief* is granted. Appellant shall have up to, and including, Monday, January 16, 2023, to prepare and file his opening brief in regard to this appeal pursuant to Rule 26(1) of the Rules of Appellate Procedure.

**ELECTRONICALLY SIGNED AND DATED BELOW**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2022